UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SHAWN WILLIAM ERNST, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 2: 17-219-DCR |
| V. | ) ) | |
| RANDY WHITE, Warden, | ) ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*　\*\*\*　\*\*\*　\*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Petitioner Shawn William Ernst's Petition for Writ of Habeas Corpus is **DISMISSED**, with prejudice.

2. A Certificate of Appealability shall not issue.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 12th day of February, 2018.

